**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 01-51144**
**Summary Calendar**

**LINDA FUENTES, Parent and Next Friend of**
**Pablo Anastasio Llamas and Celia Llamas,**
**Minors and Celia Llamas,**

**Plaintiff-Appellant,**

**VERSUS**

**REEVES COUNTY, TEXAS,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Western District of Texas

(P-00-CV-19)

September 23, 2002

Before JONES, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The plaintiffs, Linda Fuentes, parent and next friend of Pablo Anastasio Llamas and Celia Llamas, minors, and Celia Llamas, are the surviving minor children (represented by their mother as next

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

friend), and the surviving parent of Pablo Llamas-Espino (Llamas) who was an inmate at the Reeves County Detention Center (RCDC) between 1997 and 1999. Llamas died of a heart attack which he sustained while incarcerated in his jail cell and the plaintiffs brought suit against Reeves County, Texas, asserting that medical personnel on duty at the jail facility were deliberately indifferent to his medical needs. Reeves County moved for a summary judgment and the district judge granted the motion and entered a final judgment that plaintiffs take nothing. Plaintiffs timely appeal to this Court.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself. For the reasons stated by the district judge in his order granting defendant's motion for summary judgment filed November 1, 2001, we affirm the final judgment that the plaintiffs' claims against the defendant are dismissed with prejudice.

**AFFIRMED.**